**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 5, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00166-CV**

---

**WILLIAMS HART BOUNDAS & EASTERBY, LLP (F/K/A WILLIAMS KHERKHER HART & BOUNDAS, LLP); JOHN EDDIE WILLIAMS; JR.; AND JIM HART, Appellants**

**V.**

**STEVEN  KHERKHER, Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2019-90457**

## MEMORANDUM  OPINION

This is an appeal from an order signed February 4, 2020. On December 21, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher, Jewell, and Poissant.